UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANTWON BAILEY, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) |
| Defendant. | : | (Unlawful Possession With Intent to |
| | : | Distribute Marijuana) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm In Furtherance of a Drug |
| | : | Trafficking Offense) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Distribution of Oxycodone |
| | : | Hydrochloride) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawfully Possession With Intent to |
| | : | Distribute Oxycodone Hydrochloride) |
| | : | |
| | : | |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about November 14, 2021, within the District of Columbia, **ANTWON BAILEY**, did unlawfully, knowingly, and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance.

> **(Unlawful Possession With Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT TWO

On or about November 14, 2021, within the District of Columbia, **ANTWON BAILEY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, that is, a Glock 23, .40 caliber firearm, bearing serial number BCDZ605.

> **(Using, Carrying and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)

## COUNT THREE

On or about November 14, 2021, within the District of Columbia, **ANTWON BAILEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2019-CF2-002244, did unlawfully and knowingly possess a firearm and ammunition, that is, a Glock 23 .40 caliber firearm, bearing serial number BCDZ605, and .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about June 30, 2022, within the District of Columbia, **ANTWON BAILEY**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FIVE

On or about June 30, 2022, within the District of Columbia, **ANTWON BAILEY**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of oxycodone hydrochloride, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Oxycodone Hydrochloride**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about June 30, 2022, within the District of Columbia, **ANTWON BAILEY**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone hydrochloride, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession With Intent to Distribute Oxycodone Hydrochloride**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about June 30, 2022, within the District of Columbia, **ANTWON BAILEY,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2019-CF2-002244, did unlawfully and knowingly possess a firearm and ammunition, that is, a FN Herstal Model 509,

9mm firearm, bearing serial number GKS0188797, and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts Four through Six of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 23 .40 caliber firearm, bearing serial number BCDZ605 and a FN Herstal Model 509, 9mm firearm, bearing serial number GKS0188797, and .40 caliber and 9mm ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.